Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 W. Lakeridge Shores
Reno, NV 89519
Telephone: 775-825-2223
Facsimile: 775-329-1113
Email: HalTaylorLawyer@gbis.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN KEITH KOLTERMAN, | )<br>) |
| Plaintiff, | )  CASE NO.<br>)  2:21-cv-01251-CLB |
| v. | )<br>)  **UNOPOSED MOTION** |
| | )  **TO EXTEND TIME (FIRST REQUEST)** |
| KILOLO KIJAKAZI[1], | )  **TO FILE PLAINTIFF'S BRIEF** |
| COMMISSIONER OF SOCIAL SECURITY, | )<br>) |
| Defendant. | )<br>) |

    Plaintiff by their attorney, moves for a 60 Days extension of time to file Plaintiff's Opening Brief. Plaintiff's opening brief is currently due to be filed February 17, 2022.

    Due to the backlog of transcripts created by COVID-19 and the Commissioner's response, the Commissioner is able to produce records at a rapid pace.  As a result, this has caused multiple, simultaneous filing deadlines that cannot be met by Plaintiff's Counsel. Wherefore, Plaintiff requests an extension from February 17, 2022 up to and including April 18 2022 to file their brief.  Further, Counsel requests that all deadlines in the Order Concerning Review of Social Security Cases (Dkt. No. 17) be extended similarly. Counsel for the Plaintiff

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on 7/9/2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as the Defendant in this suit.

has conferred with Defendant's Counsel who kindly has no objection to this request as long as all deadlines are extended accordingly.

Dated February 10, 2022.

Respectfully submitted,

IT IS SO ORDERED.

Dated: February 10, 2022

_____
UNITED STATES MAGISTRATE JUDGE

/s/ Hal Taylor
Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 W. Lakeridge Shores
Reno, NV 89519
Telephone: 775-825-2223
Facsimile: 775-329-1113
Email: HalTaylorLawyer@gbis.com

**Plaintiff's Certificate of Service:**

I certify that I caused the Motion for Extension of Time to be served today, February 10, 2022, by CMECF to Robert Drum and  who are filing users of the CM/ECF system.

/s/ Hal Taylor
Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 W. Lakeridge Shores
Reno, NV 89519
Telephone: 775-825-2223
Facsimile: 775-329-1113
Email: HalTaylorLawyer@gbis.com